# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| SWEEPMASTERS PROFESSIONAL CHIMNEY SERVICES, LLC, | )<br>)<br>) |
| *Plaintiff,* | ) Civil No. 1:16-cv-439<br>) Hon. Liam O'Grady<br>) Hon. Theresa Buchanan |
| v. | ) |
| VANESSA SERVICES et al., | )<br>) |
| *Defendants.* | )<br>) |

## ORDER

This matter comes before the Court on Magistrate Judge Buchanan's Report and Recommendation ("R&R") (Dkt. No. 80). The R&R was entered on July 5, 2017. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the R&R was July 19, 2017. To date, neither party has filed an objection. Thus, after reviewing the record and the R&R, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the R&R in full.

Accordingly, the Court hereby **ENTERS** default judgment against Defendants Juan Garcia Ramos and Vanessa Services, and **AWARDS** the Plaintiff SweepMasters Professional Chimney Services, LLC $57,440.08 in attorney's fees and costs pursuant to 17 U.S.C. § 505; $75,000.00 in statutory damages pursuant to 17 U.S.C. § 504; $25,000.00 in statutory damages pursuant to 17 U.S.C. § 1203; and interest pursuant to 28 U.S.C. § 1961(a), for a total monetary award of $157,440.08, plus post-judgment interest. Additionally, pursuant to 17 U.S.C. § 502(a) and 15 U.S.C. §§ 1116 and 1125, this Court hereby **ENTERS** an injunction against Defendants and their agents, servants, employees, officers, attorneys, successors, licensees, partners, and

assigns, and all persons acting in concert or in participation with each and any one of them from manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, offering for sale and/or selling, or performing any of the Registered Work or SweepMasters Marks or anything substantially similar thereto, and to cease directly or indirectly infringing, and causing, enabling, facilitating, encouraging, promoting, inducing, and/or participating in the infringement of any of Plaintiff's protected rights under the Copyright Act, and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing the same in Defendants' possession, custody, or control.

It is **SO ORDERED**.

September 7, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge